**Order entered February 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00043-CV

## IN THE INTEREST OF R.B., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30016-2019**

## ORDER

Before the Court is court reporter LaTresta Ginyard's request for a five-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than March 1, 2021.

/s/ KEN MOLBERG
JUSTICE